# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KAPLAN, JOEL M.                                   § Case No. 15-37059
                                                         §
                                                         §
Debtor(s)                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,437.60 *(without deducting any secured claims)* | Assets Exempt: $9,049.60 |
| Total Distribution to Claimants: $10,491.74 | Claims Discharged Without Payment: $636,967.87 |
| Total Expenses of Administration: $2,176.26 | |

3) Total gross receipts of $ 12,668.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,668.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,789.71 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,176.26 | 2,176.26 | 2,176.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,512.02 | 2,805.38 | 2,805.38 | 2,805.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 638,550.04 | 314,449.21 | 57,524.18 | 7,686.36 |
| **TOTAL DISBURSEMENTS** | $660,851.77 | $319,430.85 | $62,505.82 | $12,668.00 |

4) This case was originally filed under Chapter 7 on October 30, 2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2017          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rolex watch | 1129-000 | 1,000.00 |
| 2013 VW Passat | 1129-000 | 8,250.00 |
| 2015 Federal Tax Refund | 1224-000 | 2,959.00 |
| 2015 Illinois Tax Refund | 1224-000 | 459.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,668.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Neil and Arlene Kaplan | 4110-000 | 19,789.71 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$19,789.71** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,016.80 | 2,016.80 | 2,016.80 |
| Ira Bodenstein | 2200-000 | N/A | 21.75 | 21.75 | 21.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.55 | 17.55 | 17.55 |
| Rabobank, N.A. | 2600-000 | N/A | 17.52 | 17.52 | 17.52 |
| Rabobank, N.A. | 2600-000 | N/A | 19.91 | 19.91 | 19.91 |
| Rabobank, N.A. | 2600-000 | N/A | 17.47 | 17.47 | 17.47 |
| Rabobank, N.A. | 2600-000 | N/A | 19.85 | 19.85 | 19.85 |
| Rabobank, N.A. | 2600-000 | N/A | 18.02 | 18.02 | 18.02 |
| Rabobank, N.A. | 2600-000 | N/A | 17.39 | 17.39 | 17.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,176.26 | $2,176.26 | $2,176.26 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 5800-000 | N/A | 2,805.38 | 2,805.38 | 2,805.38 |
| NOTFILED | Internal Revenue Service | 5200-000 | 2,512.02 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,512.02 | $2,805.38 | $2,805.38 | $2,805.38 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,284.34 | 14,283.40 | 14,283.40 | 1,919.65 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 2,767.00 | 2,767.95 | 2,767.95 | 372.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 18,727.00 | 19,018.53 | 19,018.53 | 2,556.03 |
| 4 | BMW Financial Services | 7100-000 | 2,476.00 | 2,476.00 | 2,476.00 | 0.00 |
| 5U-2 | Internal Revenue Service | 7100-000 | N/A | 1,850.00 | 1,850.00 | 248.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE, N.A. | 7100-000 | 317.03 | 317.03 | 317.03 | 42.61 |
| 7 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 8,380.72 | 9,116.84 | 9,116.84 | 1,225.28 |
| 8 | American InfoSource LP as agent for | 7100-000 | 636.60 | 636.60 | 636.60 | 85.56 |
| 9 | Citibank, N.A. | 7100-000 | 6,343.32 | 6,725.06 | 6,725.06 | 903.83 |
| 10 -3 | Denise Rae Kaplan | 7100-000 | unknown | 256,925.03 | 0.00 | 0.00 |
| NOTFILED | Arlene and Neil I. Kaplan | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 11,182.00 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Outsourcing | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | David and Meredith Kaplan Revocable | 7100-000 | 516,068.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists, LLC | 7100-000 | 333.03 | N/A | N/A | 0.00 |
| NOTFILED | Levin Family Law | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Liefer | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| | BMW Financial Services NA, LLC | 7100-000 | N/A | 332.77 | 332.77 | 332.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$638,550.04** | **$314,449.21** | **$57,524.18** | **$7,686.36** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37059  
**Case Name:** KAPLAN, JOEL M.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15

**Period Ending:** 03/16/17  
**Claims Bar Date:** 05/10/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account no. ending 3452 Fifth Third Ban<br>Orig. Description: Checking account no. ending 3452 Fifth Third Bank; Imported from original petition Doc# 1; Exemption: Checking account no. ending 3452 Security Deposits with Utilities, Landlords, and Others  - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | ComEd<br>Orig. Description: ComEd; Imported from original petition Doc# 1; Exemption: ComEd  - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Ordinary household goods<br>Orig. Description: Ordinary household goods; Imported from original petition Doc# 1; Exemption: Ordinary household goods  - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | cd's, compact discs, books<br>Orig. Description: cd's, compact discs, books; Imported from original petition Doc# 1; Exemption: cd's, compact discs, books  - Amount: 250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Ordinary wearing apparel<br>Orig. Description: Ordinary wearing apparel; Imported from original petition Doc# 1; Exemption: Ordinary wearing apparel  - Amount: 250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Rolex watch<br>Orig. Description: Rolex watch; Imported from original petition Doc# 1; Exemption: Rolex watch  - Amount: 2050.00 | 3,400.00 | 0.00 | | 1,000.00 | FA |
| 7 | Three guitars: 1) Yamaha classical acoustic ($50<br>Orig. Description: Three guitars: 1) Yamaha classical acoustic ($50) 2) Squier Telecaster ($50) 3) Fender Stratocaster ($350); Imported from original petition Doc# 1 | 450.00 | 1.00 | | 0.00 | FA |
| 8 | Inland Group Savings Plan Acct. no. ending 0001<br>Orig. Description: Inland Group Savings Plan Acct. no. ending 0001; Imported from original petition Doc# 1; Exemption: Inland Group Savings Plan Acct. no. | 2,399.60 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37059  
**Case Name:** KAPLAN, JOEL M.

**Period Ending:** 03/16/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15  
**Claims Bar Date:** 05/10/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | ending 0001 - Amount: 2399.60 | | | | | |
| 9 | Inland Bancorp, Inc. 2194 shares (non-marketable<br>Orig. Description: Inland Bancorp, Inc. 2194 shares (non-marketable); Imported from original petition Doc# 1 | 4,388.00 | 1.00 | | 0.00 | FA |
| 10 | 2013 VW Passat<br>Orig. Description: 2013 VW Passat; Imported from original petition Doc# 1; Exemption: 2013 VW Passat - Amount: 2400.00; Lien: Promissory note dated July 9, 2015<br>secured by lien of certificate of title of<br>2013 VW Passat purchased by Neil and<br>Arlene Kaplan for Debtor.<br>Value $ 21000 - Amount: 19789.71 | 21,000.00 | 0.00 | | 8,250.00 | FA |
| 11 | 2015 Federal Tax Refund (u) | Unknown | 2,959.00 | | 2,959.00 | FA |
| 12 | 2015 Illinois Tax Refund (u) | Unknown | 459.00 | | 459.00 | FA |
| 13 | 500 shares of Town Center Bank (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$33,837.60** | **$3,420.00** | | **$12,668.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2016- Claims bar date is 5/10/16  
Review calims and prepare TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2016      **Current Projected Date Of Final Report (TFR):** December 31, 2016

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-37059 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | KAPLAN, JOEL M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3266 - Checking Account |
| Taxpayer ID #: | **-***1500 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/16/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/17/16 | | Neil I Kaplan | Sale of equity in Rolex and VW Passat per order entered 3/9/16 Dkt # 29 | | 9,250.00 | | 9,250.00 |
| | {6} | | 1129-000          1,000.00 | 1129-000 | | | 9,250.00 |
| | {10} | | 1129-000          8,250.00 | 1129-000 | | | 9,250.00 |
| 03/23/16 | | Neil I Kaplan | 2015 Federal ($2959) and Illinois ($459) tax refunds | | 3,418.00 | | 12,668.00 |
| | {11} | | 1224-000          2,959.00 | 1224-000 | | | 12,668.00 |
| | {12} | | 1224-000            459.00 | 1224-000 | | | 12,668.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,658.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.55 | 12,640.45 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 12,622.93 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.91 | 12,603.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.47 | 12,585.55 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.85 | 12,565.70 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.02 | 12,547.68 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.39 | 12,530.29 |
| 01/11/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $21.75, Trustee Expenses;  Reference: | 2200-000 | | 21.75 | 12,508.54 |
| 01/11/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $2,016.80, Trustee Compensation;  Reference: | 2100-000 | | 2,016.80 | 10,491.74 |
| 01/11/17 | 103 | Internal Revenue Service | Dividend paid 100.00% on $2,805.38; Claim# 5P-2; Filed: $2,805.38; Reference: | 5800-000 | | 2,805.38 | 7,686.36 |
| 01/11/17 | 104 | Discover Bank | Dividend paid  13.43% on $14,283.40; Claim# 1; Filed: $14,283.40; Reference: | 7100-000 | | 1,919.65 | 5,766.71 |
| 01/11/17 | 105 | Quantum3 Group LLC as agent for | Dividend paid  13.43% on $2,767.95; Claim# 2; Filed: $2,767.95; Reference: | 7100-000 | | 372.00 | 5,394.71 |
| 01/11/17 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  13.43% on $19,018.53; Claim# 3; Filed: $19,018.53; Reference: 1111 | 7100-000 | | 2,556.03 | 2,838.68 |
| 01/11/17 | 107 | BMW Financial Services | Dividend paid  13.43% on $2,476.00; Claim# 4; Filed: $2,476.00; Reference: Stopped on 01/30/17 | 7100-000 | | 332.77 | 2,505.91 |
| 01/11/17 | 108 | Internal Revenue Service | Dividend paid  13.43% on $1,850.00; Claim# 5U-2; Filed: $1,850.00; Reference: | 7100-000 | | 248.63 | 2,257.28 |
| 01/11/17 | 109 | CAPITAL ONE, N.A. | Dividend paid  13.43% on $317.03; Claim# 6; Filed: $317.03; Reference: 3997 | 7100-000 | | 42.61 | 2,214.67 |
| 01/11/17 | 110 | AMERICAN EXPRESS CENTURION BANK | Dividend paid  13.43% on $9,116.84; Claim# 7; Filed: $9,116.84; Reference: 6009 | 7100-000 | | 1,225.28 | 989.39 |
| 01/11/17 | 111 | American InfoSource LP as agent | Dividend paid  13.43% on $636.60; Claim# 8; | 7100-000 | | 85.56 | 903.83 |

Subtotals :           $12,668.00           $11,764.17

{} Asset reference(s)

Printed: 03/16/2017 01:12 PM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-37059 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | KAPLAN, JOEL M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3266 - Checking Account |
| Taxpayer ID #: | **-***1500 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/16/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | for | Filed: $636.60; Reference: | | | | |
| 01/11/17 | 112 | Citibank, N.A. | Dividend paid 13.43% on $6,725.06; Claim# 9; Filed: $6,725.06; Reference: 3424 | 7100-000 | | 903.83 | 0.00 |
| 01/30/17 | 107 | BMW Financial Services | Dividend paid 13.43% on $2,476.00; Claim# 4; Filed: $2,476.00; Reference: Stopped: check issued on 01/11/17 | 7100-000 | | -332.77 | 332.77 |
| 01/30/17 | 113 | BMW Financial Services NA, LLC | Final distribution | 7100-000 | | 332.77 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,668.00 | 12,668.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,668.00 | 12,668.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,668.00 | $12,668.00 | |

Net Receipts :       12,668.00
―――――――――
Net Estate :         $12,668.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3266 | 12,668.00 | 12,668.00 | 0.00 |
| | $12,668.00 | $12,668.00 | $0.00 |

{} Asset reference(s)                                       Printed: 03/16/2017 01:12 PM   V.13.28